UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVID A. HANO,

    Plaintiff,

v.

STATE OF NEVADA, *et al.*,

    Defendants.

Case No. 2:19-cv-02246-GMN-EJY

**ORDER**

**I.    DISCUSSION**

On December 30, 2019, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1). On January 3, 2020, this Court issued an Order denying Plaintiff's application to proceed *in forma pauperis* without prejudice to file a new application because Plaintiff's application had been incomplete. (ECF No. 3). On January 9, 2020, Plaintiff filed a financial certificate. (ECF No. 4). <u>Plaintiff's application remains incomplete</u>.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must submit a fully complete application to proceed *in forma pauperis* <u>on this Court's approved form</u> and attach both an inmate account statement for the past six months and a properly executed financial certificate. <u>Plaintiff has not submitted an application to proceed *in forma pauperis* on this Court's approved form or an inmate account statement for the past six months and a properly executed financial certificate</u>. As such, the *in forma pauperis* application is denied without prejudice. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted **one final opportunity** to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. If Plaintiff files another incomplete application to proceed *in forma pauperis*, the Court will dismiss the case in its

entirety, without prejudice, to file a new case when Plaintiff is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

## II. CONCLUSION

For the foregoing reasons, IT IS HEREBY ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **forty-five (45) days** from the date of this Order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff's next application to proceed *in forma pauperis* is incomplete, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this Order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED: January 13, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE