UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. HANO, <br><br> Plaintiff <br><br> v. <br><br> STATE OF NEVADA, *et al.*, <br><br> Defendants. | Case No. 2:19-cv-02246-GMN-EJY <br><br><br> **ORDER** |

**I.  DISCUSSION**

On January 13, 2020, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within forty-five (45) days from the date of that Order. (ECF No. 5 at 2). On January 15, 2020, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate from the NDOC yet. (ECF No. 6 at 2). The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before **Friday, March 20, 2020.**

**II.  CONCLUSION**

For the foregoing reasons, IT IS HEREBY ORDERED that the motion for extension of time (ECF No. 6) is GRANTED.

IT IS FURTHER ORDERED that on or before **Friday, March 20, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this Order, dismissal of this action may result.

DATED: January 16, 2020

UNITED STATES MAGISTRATE JUDGE