UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVID A. HANO,

    Plaintiff

v.

STATE OF NEVADA, *et al.*,

    Defendants.

Case No. 2:19-cv-02246-GMN-EJY

**ORDER**

**I.    DISCUSSION**

On January 13, 2020, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within forty-five (45) days from the date of that order. (ECF No. 5 at 2). On January 15, 2020, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate from the NDOC. (ECF No. 6 at 2). On January 16, 2020, The Court granted Plaintiff's motion for an extension of time and ordered Plaintiff to either file a fully complete application to proceed *in forma pauperis* on or before March 20, 2020 or pay the full $400 filing fee for a civil action. (ECF No. 7).

On March 13, 2020, Plaintiff filed a second motion for a continuance, as he was still waiting for his inmate account statement for the past six months from the NDOC. (ECF no. 9). The Court now grants Plaintiff's second motion for a continuance. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before **May 18, 2020.** No further extensions will be granted. If Plaintiff is not able to file a fully complete application to proceed *in forma pauperis* by the May 18, 2020 deadline, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*. To clarify, a dismissal without prejudice means

the Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all necessary documents needed to submit with his application to proceed *in forma pauperis*.

## II. CONCLUSION

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff's second motion for a continuance (ECF No. 9) is granted.

IT IS FURTHER ORDERED that on or before **May 18, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff is not able to file a fully complete application to proceed *in forma pauperis* by the May 18, 2020 deadline, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this Order, dismissal of this action will result.

DATED: March 17, 2020

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE