AARON D. FORD
  Attorney General
HENRY H. KIM (Bar No. 14390)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: hkim@ag.nv.gov

*Attorneys for Defendants Gregory Bryan,*
*Cornelius Finley and Jonathan Weber*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| David A. Hano, | Case No. 2:19-cv-02246-GMN-EJY |
|---|---|
| Plaintiff, | |
| v. | **OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEVADA'S MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF ACCEPTANCE OF SERVICE PURSUANT TO THIS COURT'S ORDER (ECF NO. 23)** |
| State of Nevada, ex rel Nevada Department of Corrections, *et al.*, | |
| Defendants. | |

Office of the Attorney General of the State of Nevada (the Attorney General's Office) hereby files this Motion for Extension of Time to File a Notice of Acceptance of Service Pursuant to this Court's Order (ECF No. 23).

## I. INTRODUCTION

Plaintiff David Hano is an inmate in lawful custody of Nevada Department of Corrections (NDOC) and currently housed at High Desert State Prison (HDSP). Hano has submitted a § 1983 civil rights action against NDOC employees. On September 3, 2020, this Court issued Screening Order on First Amended Complaint (Screening Order) (ECF No. 23). In the Screening Order, this Court ordered the Attorney General's Office to file a notice of acceptance of service within twenty-one (21) days of the date of the Screening Order, on or before September 24, 2020. ECF No. 23 at 23:1-10.

///

However, due to a calendaring error, the Attorney General's Office was unable to make a determination as to whether the Attorney General's Office will be accepting service on behalf of the newly added defendants in the First Amended Complaint (ECF No. 24). In the interest of judicial efficiency, the Attorney General's Office respectfully requests that this Court grant 14-day extension on the deadline for the Attorney General's Office to file a notice of acceptance of service.

## II.   APPLICABLE LAW

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Any request to change deadlines established in the scheduling order must be supported by a showing of good cause pursuant to FED. R. CIV. P. 16(b)(4), which turns primarily on a showing that the deadlines currently in place could not reasonably be met despite the diligent of the movant. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

## III.   ARGUMENT

Due to an unforeseen calendaring error, The Attorney General's Office was unable to make a determination as to whether the Attorney General's Office will be accepting service on behalf of the newly added defendants in the First Amended Complaint (ECF No. 24). There is good cause to extend the deadline, because this Court's process for the Attorney General's Office to accept service for named defendants is in the interest of judicial efficiency. The process ensures that this Court does not expand unnecessary judicial resources to served the defendants when the Attorney General's Office accepts service on the defendants' behalf. Accordingly, the Attorney General's Office respectfully

requests that this Court grant an extension on the deadline for the Attorney General's Office to accept service and file a notice to this Court regarding the same.

## IV. CONCLUSION

For the foregoing reasons, the Attorney General's Office respectfully requests that this Court grant a 14-day extension on the deadline for the Attorney General's Office to accept service on behalf of the defendants named in the First Amended Complaint (ECF No. 24) or file under seal their last known address. The new deadline would be October 8, 2020.

DATED this 24th day of September, 2020.

        AARON D. FORD
        Attorney General

        By:   /s/ Henry H. Kim
             HENRY H. KIM (Bar No. 14390)
             Deputy Attorney General
             *Attorneys for Defendants*

**IT IS HEREBY ORDERED that the Office of the Attorney General of the State of Nevada's Motion for Extension of Time to File a Notice of Acceptance of Service Pursuant to this Court's Order (ECF No. 26) is GRANTED.**

**IT IS FURTHER ORDERED that the Attorney General's Office shall have through October 8, 2020 to respond to the Court's September 3, 2020 Order (ECF No. 23).**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated: September 25, 2020**