# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID A. HANO,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et.al.,<br><br>      Defendant. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Enforcement of Court Order Directing Delivery of Medications. ECF No. 35. The Court has considered Plaintiff's Motion and Defendants' Response (ECF No. 44).

On November 13, 2020, the Court found "Plaintiff's heart condition is a serious medical need"; "Plaintiff has demonstrated a likelihood of success on the merits that Defendants were deliberately indifferent to Plaintiff's serious medical need by failing to timely refill his nitroglycerin"; and, "Plaintiff has demonstrated that he will suffer irreparable harm absent injunctive relief." ECF No. 34 at 7, 8, and 9. The Court ultimately granted Plaintiff's Motion for Preliminary Injunction in part and ordered "Defendants shall provide Plaintiff with his nitroglycerin prescription within one week of a refill request." *Id*. at 10. This Order was entered on November 13, 2020. Plaintiff's instant Motion contends that on November 19, 2020, Plaintiff's prescription had not been refilled, he was hospitalized, and that Defendants have been dilatory in fulfilling the Court's Order.

In response, Defendants state that Plaintiff's nitroglycerin, tamsolusin, docusate, and spironolactone were "scanned in … on November 18, 2020" and "HDSP medical staff should have delivered them to the inmate on that same day or the next day." ECF No. 44 at 2. Interestingly, Defendants do not state the medication *was* delivered to Plaintiff on November 18 or 19, 2020. Defendants also state they "are making a good faith effort to refill inmates' prescription medications in a timely manner without delay." *Id*.  While the Court appreciates and does not doubt that

Defendants are acting in good faith, the Court's Order requires Defendants do more—Defendants must ensure that Plaintiff's nitroglycerin refills are refilled within one week of a request to do so.

Accordingly, Plaintiff's Motion for Enforcement of Court Order Directing Delivery of Medications (ECF No. 35) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Defendants shall comply with the Court's Order to refill Plaintiff's nitroglycerin prescription within one week of a refill request.

IT IS FURTHER ORDERED that Plaintiff's request for sanctions is denied at this time, but are not precluded in the future if there is demonstrated, continued failure to comply with the Court's injunctive order.

Dated this 22nd day of January, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE