UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. HANO,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Compel Discovery (ECF No. 73) to which Defendants responded (ECF No. 76). In Defendants' Response, they alert the Court to the meet and confer between the parties that resolved the issues presented by Plaintiff's Motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel (ECF No. 73) is DENIED as moot.

Dated this 23rd day of April, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE