UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. HANO,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　Defendants. | Case No.  2:19-cv-02246-GMN-EJY<br><br>**AMENDED ORDER**<br>**RE: ECF No. 82** |

　　　　Pending before the Court is Plaintiff's Motion to Substitute Named Defendants for Unnamed Defendants and Seek Service of the Same (ECF No. 74).  No response to this Motion was filed.  In his Motion, Plaintiff seeks to substitute Mary Manalastas for Defendant "Mary," and Scott Mattison for Defendant "Mathison."  Plaintiff also seeks service of these Defendants.

　　　　In the Court's Order dated April 19, 2021, the Court ordered the Nevada Attorney General to advise whether he would accept service for Ms. Manalastas and, if he could not, file her last known address with the Court.  ECF No. 82.  The Court now also grants Plaintiff's Motion to Substitute Names and Orders the Attorney General to notify the Court if he will accept service of Plaintiff's First Amended Complaint and Preliminary Injunction Order on behalf of Scott Mattison.

　　　　Accordingly, IT IS HEREBY ORDERED that the Court's April 19, 2021 Order (ECF No. 82) is amended to also:

　　　　(1) GRANT Plaintiff's Motion to Substitute Named Defendants for Unnamed Defendants and Seek Service of the Same (ECF No.75); and,

　　　　(2) require, that **no later than May 3, 2021**, the Office of the Attorney General file a notice with the Court stating whether he will accept service of Plaintiff's First Amended Complaint and the Preliminary Injunction Order on behalf of Scott Mattison.  If the Attorney General's Office cannot accept service, the Attorney General's Office shall file, under seal, and shall not serve Plaintiff, the last known address for Mr. Mattison.  If the last known address of the defendant is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address.

1    IT IS FURTHER ORDERED that if the Attorney General's Office accepts service of process on behalf of Mary Manalastas and/or Scott Mattison, their respective responsive pleadings shall be due 60 days after effective service.

DATED this 26th day of April, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE