UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID A. HANO,<br><br>             Plaintiff,<br><br>     v.<br><br>STATE OF NEVADA, *et al.*,<br><br>             Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER** |

   Pending before the Court is Plaintiff's Motion for Sanctions re Medical Records. ECF No. 107. Plaintiff's access to medical records has been an ongoing issue in this dispute. In an effort to resolve the dispute without further motion practice,

   IT IS HEREBY ORDERED that, Plaintiff's Motion for Sanctions re Medical Records (ECF No. 107), and the ongoing issue of access to medical care, shall be heard on **July 16, 2021 at 11 a.m.** before the undersigned U.S. Magistrate Judge. Defense counsel **shall** appear in person in Courtroom 3A. Plaintiff **shall** be made available to appear by Zoom for the duration of the hearing.

   Dated this 9th day of June, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE