UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID A. HANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**AMENDED ORDER**<br>**Re:  DATE AND TIME CHANGE** |

　　This Amended Order relates to the hearing set for Plaintiff's Motion for Sanctions re Medical Records. ECF No. 107. Because HDSP has limited available space from which Plaintiff may participate in the hearing previously ordered, the Court amends its Order to state a new date and time for the hearing.

　　Accordingly, IT IS HEREBY ORDERED that, Plaintiff's Motion for Sanctions re Medical Records (ECF No. 107), and the ongoing issue of access to medical care, shall now be heard on **July 9, 2021 at 10:30 a.m.** before the undersigned U.S. Magistrate Judge. Defense counsel **shall** appear in person in Courtroom 3D. Plaintiff **shall** be made available to appear by Zoom for the duration of the hearing.

　　Dated this 11th day of June, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1