# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

David A. Hano,

        Plaintiff,

vs.

State of Nevada, *et al.*,

        Defendants.

Case No.: 2:19-cv-02246-GMN-EJY

**ORDER**

      Pending before the Court is the Report and Recommendation, (ECF No. 106), of United States Magistrate Judge Elayna J. Youchah, which states that Defendant Jaymie Cabrera's Motion to Dismiss, (ECF No. 95), should be granted.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 106) (setting a June 10, 2021, deadline for objections).

//

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 106), is **ADOPTED** in full.

**IT IS FURTHER ORDERED** that Defendant Jaymie Cabrera's Motion to Dismiss, (ECF No. 95), is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff David A. Hano may file a Second Amended Complaint, consistent with the instructions in the Report and Recommendation, no later than July 12, 2021.

Dated this  11  day of June, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court