UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID A. HANO,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER** |

    Apparently, Plaintiff's Notice of Good Cause for Failure to Provide Service and Request for Extension (ECF No. 47), filed in January of this year, and which does not show pending, nonetheless was never officially ruled upon by the Court. This Motion is moot. The RN defendant initially identified only as Mary has been served as has the defendant identified as Jaymie. Both are represented by the Attorney General's Office. The defendant identified as Mathison was terminated on July 8, 2021, when he was not named in Plaintiff's Second Amended Complaint.

    Accordingly, Plaintiff's Notice of Good Cause for Failure to Provide Service and Request for Extension (ECF NO. 47) is DENIED as Moot.

    Dated this 27th day of July, 2021.

ELAYNA J. YOUCHAH  
UNITED STATES MAGISTRATE JUDGE