UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID A. HANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER** |

　　　Before the Court is Plaintiff's Notice to the Court Requesting the Court Elucidate its Order (ECF No. 119). The Court has considered Plaintiff's Notice,

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Notice to the Court Requesting the Court Elucidate its Order (ECF No. 119) is DENIED as MOOT.

　　　IT IS FURTHER ORDERED that Plaintiff shall submit a Kite as requested by High Desert State Prison, which shall include a copy of this Order.

　　　IT IS FURTHER ORDERED that the package received in the Warden's Office from the Nevada Attorney General's Office is discovery to which Plaintiff is entitled in the above referenced case. Within three (3) days of receipt of a Kite from Plaintiff, High Desert State Prison is to deliver the package, in its entirety, to Plaintiff.

　　　Dated this 2nd day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1