UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID A. HANO,<br><br>              Plaintiff,<br><br>      v.<br><br>STATE OF NEVADA, *et al.*,<br><br>              Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motion for an Order Directing Defendants to Produce Redacted Records from Plaintiff's Medical Records (ECF No. 124), and Defendants' Unopposed Motion for Clarification (ECF No. 125).  Plaintiff's Motion seeks production of documents Defendants have redacted asserting attorney-client privilege.  Attorney-client privilege is a proper basis to withhold documents.  However, Defendants must produce a compliant privilege log so that Plaintiff understands and may evaluate the basis for Defendants' claim.  As for Defendants' Unopposed Motion, the provides the requested clarification.  The Court has authority to stay discovery and all discovery deadlines, but cannot stay the case in its entirety.  Thus, the Court's prior Order to stay effected a stay of discovery and all deadlines in the Discovery Plan and Scheduling Order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for an Order Directing Defendants to Produce Redacted Records from Plaintiff's Medical Records (ECF No. 124) is DENIED.

IT IS FURTHER ORDERED that Defendants shall produce a compliant privilege log pertaining to the three redacted pages identified in Plaintiff's Motion, and provide the same to Plaintiff within ten (10) days of the date of this Order.

1   IT IS FURTHER ORDERED that Defendants' Unopposed Motion for Clarification (ECF
2   No. 125) is GRANTED.  Discovery and all deadlines in the Discovery Plan and Scheduling Order
3   are stayed until such time as the Court screens Plaintiff's Second Amended Complaint and the
4   Screening Order is ruled upon by District Judge Navarro.

6   Dated this 6th day of August, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE