UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID HANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, ex rel NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER** |

　　　　Pending before the Court is ECF No. 146, which is Plaintiff's Motion for an Order Directing Defendants Produce for Viewing the 500 Records Filed Under Seal (ECF No. 135). The Court's review of Defendants' filing at ECF No. 135 shows that it references Exhibit A attached to their Response to Plaintiff's Motion for Preliminary Injunction. Exhibit A is a single page medical record, not 500 pages as Plaintiff claims. ECF No. 134. Defendants indicate they will make this exhibit available to Plaintiff for viewing.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for an Order Directing Defendants Produce for Viewing the 500 Records Filed Under Seal (ECF No. 146) is GRANTED in part and DENIED in part.

　　　　IT IS FURTHER ORDERED that Defendants shall, no later than five (5) court days from the date of this Order, make Exhibit A available to Plaintiff for viewing if they have not already done so.

　　　　IT IS FURTHER ORDERED that Defendants shall file a Notice of Compliance with this Order.

　　　　DATED this 8th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1