UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. HANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, ex rel NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Motion for Extension of Time to File a Response to the Defendants' Response. ECF No. 155. Plaintiff establishes good cause for the brief extension he seeks.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to File a Response to the Defendants' Response (ECF No. 155) is GRANTED.

　　　　IT IS FURTHER ORDERED that Plaintiff's Reply in support of the Motion for Preliminary Injunction (ECF No. 144) shall be due on or before December 3, 2021.

　　　　DATED this 1st day of December, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE