UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. HANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, ex rel NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Motion Requesting Defendants Produce for Viewing the Declarations of Rivas and Cabrera. ECF No. 157. Plaintiff seeks prompt availability of the Rivas and Cabrera Declarations for viewing so that he may properly prepare a Reply in support of his Motion for Preliminary Injunction.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion Requesting Defendants Produce for Viewing the Declarations of Rivas and Cabrera (ECF No. 157) is GRANTED to the extent that, if it has not already done so, the Office of the Attorney General shall make copies of the Rivas and Cabrera Declarations available for immediate viewing by Plaintiff so that Plaintiff may prepare a Reply in support of his Motion for Preliminary Injunction.

　　　　DATED this 1st day of December, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE