UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. HANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, ex rel NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for an Order Directing the Warden of the Northern Nevada Correctional Center to Produce Plaintiff for Settlement Conference. ECF No. 167. A settlement conference is set for January 21, 2022, to occur through the appropriate video-conferencing systems. Through the Court's previous Order (ECF No. 143) Christopher Guy of the Nevada Attorney General's Office, Counsel for Defendants Jeremy Bean, Gregory Bryan, John Faulkner, Cornelius Finley, Mary Manalastas, Julie Matousek, Michael Minev, Gary Piccinini, Arianna Rhynard, Jonathan Weber, and Brian Williams are ordered to be present through the Zoom video conference platform. Counsel for Defendants was ordered to email Ms. Garcia at **Elvia_Garcia@nvd.uscourts.gov, by 12:00 p.m. on January 19, 2022**, and provide the email addresses of their respective participants. This requirement has not changed. Ms. Garcia shall then email all participants, other than Mr. Hano, a Zoom link. *Id*.

The prior Order also required the Warden of the High Desert State Prison, or his/her designee, to make the necessary arrangements for Plaintiff to appear by video conference and provide **ELVIA GARCIA,** Courtroom Deputy, with the video conference reservation number at which Plaintiff could be reached at least two days prior to the settlement conference. To the extent Plaintiff seeks this Order to be reissued to the Warden of the Northern Nevada Correctional Center, the Court grants Plaintiff's Motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for an Order Directing the Warden of the Northern Nevada Correctional Center to Produce Plaintiff for Settlement Conference (No. 167) is GRANTED.

IT IS FURTHER ORDERED that the Warden of the Northern Nevada Correctional Center, or his/her designee, **must** make the necessary arrangements for Plaintiff to appear by video conference on **January 21, 2022,** for settlement conference and shall provide **ELVIA GARCIA,** Courtroom Deputy, at the email address identified above, with the video conference reservation number at which Plaintiff can be reached at least two days prior to the settlement conference.

DATED this 4th day of January, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE