UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. HANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, ex rel NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER** |

　　　　Pending before the Court is Defendants' Motion to Vacate Order Setting Deadline for Joint Pretrial Order (ECF No. 170).

　　　　The Court has considered the Motion and HEREBY ORDERS that:

　　　　1.　　Defendants' Motion to Vacate Order Setting Deadline for Joint Pretrial Order (ECF No. 170) is GRANTED in part and DENIED in part.

　　　　2.　　Upon appointment of pro bono counsel, such counsel shall, within **thirty (30)** days of appointment, review Plaintiff's Second Amended Complaint ("SAC") and advise the Court whether counsel wishes to proceed on the SAC, withdraw the SAC and proceed on the First Amended Complaint, or file a proposed third amended complaint.

　　　　3.　　If pro bono counsel files a notice stating the intent to proceed on the SAC, Defendants shall file a responsive pleading within **twenty-one (21)** days after such notice is given.

　　　　4.　　The proposed joint pretrial order shall be due **90 days** after the appointment of pro bono counsel; provided, however, that if pro bono counsel wishes to proceed on the SAC or submit a proposed third amended complaint, the due date for the joint pretrial order shall be vacated by the Court and reset for a later date.

　　　　DATED this 31st day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE