UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. HANO,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA, ex rel NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion requesting copies of documents and the status of a previously filed preliminary injunction motion, which are prompted by Plaintiff's involuntary transfer with the Nevada prison system. ECF No. 175. The Court provides the copies requested and advises that the Motion for Preliminary Injunction filed on October 29, 2021 (ECF No. 144) remains pending.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Status (ECF No. 175) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall mail ECF Nos. 162-166 to Plaintiff at his current address.

DATED this 28th day of February, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE