UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. HANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, ex rel NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER RE ECF NO. 174**<br><br>and<br><br>**ORDER AMENDING ECF NO. 171** |

Pending before the Court is Plaintiff's Motion to Withdraw his Second Amended Complaint. ECF No. 174. Plaintiff explains his Second Amended Complaint exceeded the Court's Order at ECF No. 112 and does not comply with Local Rule 15-1. Plaintiff further states that because discovery is complete as to his First Amended Complaint, it would be unfair to allow him to proceed on the Second Amended Complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw his Second Amended Complaint (ECF No. 174) is GRANTED.

IT IS FURTHER ORDERED that given the withdrawal of the Second Amended Complaint, the Court amends its Order at ECF No. 171 as follows:

1. Defendants' Motion to Vacate Order Setting Deadline for Joint Pretrial Order (ECF No. 170) is GRANTED in part and DENIED in part.
2. Within **thirty (30)** days of appointment of pro bono counsel, such counsel shall contact counsel for Defendants to discuss preparation of the Joint Pretrial Order.
3. The Joint Pretrial Order must be filed no later than **ninety (90)** days after pro bono counsel's appointment is filed on the docket.

1  IT IS FURTHER ORDERED that given the amendment to the Court's Order at ECF No. 171, the parties are granted 14 days from the date of this Order to file a renewed objection or amended objection to this Order Amending ECF No. 171.  Responses, if any, shall be due 14 days after the filing of a renewed or amended objection.

DATED this 2nd day of March, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE