UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. HANO,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex rel NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER**<br><br>**Re: AMENDMENT TO ECF NO. 177** |

    After review of the record, the Court amends its March 2, 2022 Order for the purpose of allowing the parties to discuss discovery, if any, as well as the timing for filing dispositive motions and the pretrial order following appointment of pro bono counsel.

    Accordingly, IT IS HEREBY ORDERED that within thirty (30) days of appointment of pro bono counsel such counsel and counsel for Defendants shall meet and confer regarding discovery, if any, that remains to be conducted.

    IT IS FURTHER ORDERED that the parties shall submit a proposed joint scheduling order that addresses remaining discovery to be conducted, if any, the due date for filing dispositive motions, and the due date for filing a pretrial order. Such proposed order must be submitted within 60 days of the date pro bono counsel is appointed.

    DATED this 11th day of March, 2022.

ELAYNA J. YOUCHAH  
UNITED STATES MAGISTRATE JUDGE