UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. HANO,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　Defendants. | Case No.  2:19-cv-02246-GMN-EJY<br><br><br>**ORDER** |

　　Pending before the Court is Plaintiff's Motion to Amend Complaint.  ECF No. 210.  Defendants filed a non-opposition to the Motion on September 7, 2023.  ECF No. 212.

　　Accordingly, in light of the non-opposition, IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint (ECF No. 210) is GRANTED.

　　IT IS FURTHER ORDERED that the Clerk of Court shall separate ECF No. 210-1, Plaintiff's Third Amended Complaint, from ECF No. 210 and file it on the docket.

　　IT IS FURTHER ORDERED that the Third Amended Complaint is the operative complaint in this matter.  Defendants must file a responsive pleading no later than September 22, 2023.

　　DATED this 8th day of September, 2023.


　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE