UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. HANO,<br><br>Plaintiff<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br>**ORDER** |

The above captioned case commenced on December 30, 2019.  ECF No. 1.  After several amendments to Plaintiff's complaint and a settlement conference, pro bono counsel was appointed and appeared for Plaintiff on September 13, 2022.  *See* ECF No. 205.  On September 8, 2023 Plaintiff filed a Third Amended Complaint ("TAC") that Defendants answered on September 22, 2023.  ECF Nos. 213, 214, 215.  There has been no activity in this case since September 22, 2023.

Accordingly, IT IS HEREBY ORDERED that the parties **must** file a status report no later than **April 29, 2024** that identifies whether this case remains in active litigation and, if so provides (1) a summary of activities that have occurred since the filing of Defendants' Answer to the TAC, (2) a summary of discovery that remains to be completed, (3) a due date for dispositive motions, and (4) a due date for the proposed joint pretrial order.  If this matter is resolved or is otherwise ready for dispositive motion practice or trial, the status report must address the same.  Finally, if no status report is filed on or before **April 29, 2024**, the Court will issue an order to show cause why this matter should not be closed for lack of prosecution.

DATED this 10th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE