AARON D. FORD
   Attorney General
NATHAN M. CLAUS (Bar No. 15889)
   Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email:  nclaus@ag.nv.gov

*Attorneys for Defendants Jeremy Bean,*
*Gregory Bryan, John Faulkner,*
*Cornelius Finley, Mary Manalastas, Julie Matousek,*
*Michael Minev, Gary Piccinini, Arianna Rhynard,*
*Jonathan Weber, and Brian Williams*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. HANO,<br><br>              Plaintiff,<br><br>   v.<br><br>STATE OF NEVADA, EX REL NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>              Defendants. | Case No. 2:19-cv-02246-GMN-EJY<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, David A. Hano, and Defendants Jeremy Bean, Gregory Bryan, John Faulkner, Cornelius Finley, Mary Manalastas, Julie Matousek, Michael Minev, Gary Piccinini, Arianna Rhynard, Jonathan Weber, and Brian Williams, by and through their respective counsel under Rule

///

///

///

///

///

41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

DATED this 11th of April 2025.

DATED this 9th of April, 2025.

AARON D. FORD
Attorney General

By: /s/ Alex He
Alex He, ESQ (Bar No. 15054)
Curriden & Associates

By: /s/ Nathan M. Claus
Nathan M. Claus, Esq. (Bar No. 15889)
Deputy Attorney General

Attorney for Plaintiff

Attorneys for Defendants

## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED April 15 , 2025.

Gloria M. Navarro
UNITED STATES DISTRICT JUDGE